On behalf of the Keenan's plaintiffs in this Watkins matter who are present in court, I would agree with Your Honor that I think this first case probably does not require any substantial argument. I think the second case, if you see it my way, then I would agree again on that. Are you arguing both cases? He's arguing both of them. Well, I'm not planning on arguing both of them simultaneously. There's different defense counsel. There's different parties. Okay, so let's just focus on whether or not Keenan is the real party in interest and has standing to pursue these actions against the partners. Well, there was a fraud committed that harmed the Keenan estate. The trustee. The representative of the Keenan estate is the trustee. Yes. Before the bank, before the plan was finalized and the local trustee since then. So what is it that the Keenan's have the authority to sue upon? Well, the trustee was a defendant in the case as well. And the trustee had committed acts which we contend are negligent or worse. If you're suing the trustee, then you belong in bankruptcy court, not in state court. The action was removed to Federal court, and this case was decided by Judge Bowie in the bankruptcy court. Didn't the trustee settle all these cases, these issues? The trustee settled with the defendants in this case and made representations to the court to get approval of that settlement, which were not accurate. And without providing the court with the documents that we contend he had and either negligently failed to present or worse. So you're saying that this is actually one of the claims that is really the subject of the second Keenan lawsuit? In a sense, yes. It really is. And it should be brought in that context. Well, yes. But there's a lot more to the complaint. But you don't really – I don't see how you possibly have standing to assert fraud against the estate, especially since the estate has already settled that issue. The fraud is being asserted against the trustee. That hasn't been settled. That's not – I thought the thrust of this case was not against the trustee. The thrust of this case is against other people other than the trustee. It's against both. Oh, excuse me. I wasn't even aware the trustee was around in this case. You're right. You're right, Your Honor. The trustee is not discussed any place. He's in third parties. You're right. He claims he is right. Is the trustee a part of this case? No, he's not, Your Honor. Okay. He's not. So let's go on from there. Okay. In – I guess in terms of standing, the thrust of this appeal is that the Keenans were in pro per at the time that they filed the complaint, at the time that this motion was heard. I think that the allegations of the complaint were not totally clear. There's a lot of allegations in there that focus on a lot of different issues. Was this problem brought up in the district court? The back doesn't talk about it. I don't remember that the district court talked about it, but I'm not sure about it. I don't mean the district court. I mean the bankruptcy court. Was this issue ever discussed in this case earlier? If you mean the standing issue? Yes. I don't believe that it was. It's a jurisdictional issue, and we have to think about it. I realize the bankruptcy court went all down the statute of limitations and all of that, but to me that's all just irrelevant, because this cause of action, which probably has already been settled, belonged to the estate, not to the Keenans while he was in – Well, not if – again, I bring in the trustee, but only because you raise that point. This cause of action couldn't belong to the trustee if the trustee was part of the whole problem. But you didn't sue the trustee. We just established he's not even sued in this one. No. The court should have given the Keenans leave to amend, and that's the whole point, because they never had the opportunity. Let me ask another question, a prior question to all the other issues. What is this – didn't this case have to be appealed to the bankruptcy court rather than to us or to BAP? It was appealed to the BAP. I'm sorry, to the district court, because it's a non-court proceeding. The case was heard by Judge Bowie. Right. And it was never appealed to the district court. It was appealed to the BAP instead. Well, we filed a notice of appeal, and it was assigned to the BAP. Nobody made an election. That doesn't happen. You choose. You choose. Well, no. It's a non-court proceeding. I agree with that. And it should be before the district court. So that's two grounds on which we don't really have jurisdiction of this case. Well, if that's the case, then the case should have never been decided by Judge Bowie. It should have been in the district court. No, it should have been decided by Judge Bowie and appealed to the district court. Right. That's the way the system works for a non-court proceeding, which is what this is. I don't know why the BAP didn't notice it, but it did. Well, that's why we don't think it should have ever been heard by Judge Bowie, because it was a non-court proceeding. No, no. That's not bankruptcy law. That's not bankruptcy law. He can hear it, but it just determines where the appeal is. Why don't you reserve your time, and let's hear from the other side. All right, Your Honors. These issues were not raised in the briefs. So if those are critical, I would ask an opportunity to discuss those in a brief. All right. Well, we'll think about that. Good morning, Your Honors. James A. Testa on behalf of Mr. Golden. Why is this case in this court? Pardon me, Your Honor? Why is this case in this court? Well, I'm not sure why anything in this case is in this court. I know. Beyond that, the appellants here made the election to file the appeal to the BAP. But can they do that for a non-court proceeding and then come here? Well, I think they can because the appellate court, or that is to say the BAP, addressed the issue sua sponte, whether or not there was any jurisdiction to begin with. So the court, the BAP, has analyzed that issue. But they've analyzed it with regard to whether it was properly filed in the bankruptcy court in the first place. Well, that's correct, Your Honor. Which it was. But that's not the question. The question is, was it properly then appealed to BAP and then to us rather than to the  Well, I think the answer to that is yes, because I think that a fair reading of the complaint that was filed by the appellants in the state court, I don't think it was a court proceeding. It didn't go. Pardon me? I don't think it was what? It was not a court. That's what we're saying. It's a non-court proceeding, and therefore it was required to be appealed to the district court, which means the BAP acted without jurisdiction, which means what we should be doing is dismissing it, either dismissing it and sending it back if we think that the Kenans have standing, or just simply dismissing it. Well, I would, the court is raising that issue for the first time, and I understand perhaps why the court is raising it. But so there's no misunderstanding. There was never a claim in this litigation, this underlying litigation by the Kenans against the trustee. We understand that. I understand, but the action was solely against his partner. That's exactly why it's a non-court adversary proceeding. And I would like to clarify something, Your Honor. The counsel made a statement. There should have been leave to amend, I think what he's trying now to argue. Excuse me. We do not have conversations in the court of appeals while argument is going on. Please sit down. Excuse me, Your Honor. It was never raised at the argument on the 12b-6 motion by Mr. Kenan. That is to say that he was asking for leave to amend anything, let alone add a party, namely the trustee. So the inference here that that should have been an additional relief that was given to the Kenans is a non-issue because it was never discussed. And if the court is of the opinion that there's no basic standing here, then I would agree and the entire matter should be dismissed. And if there's anything else. My next question is what about the prudential standing question, which you don't raise. It's never been raised. Back went ahead and decided it. Is it proper for the Kenans to be litigating any of this, or is the only interest that would be the liquidating trustee? And if so, why? Well, I believe the answer to that is yes. It is the liquidating trustee that has these particular rights. And that's been a continual problem throughout this case. But you never raised that question in this case, did you? No, we didn't, Your Honor. Is it waivable? Why isn't it waivable? It's not an Article III issue. I don't know the answer to that. I don't know whether it is waivable. How come you never raised it? Well, because I think the focus always was on the litigation was attempting to get to his partners in the state court action. The hearing that allowed the trustee of the estate to sell the partnership interest to the partners was something that was never attacked by anyone as being something that the trustee did not have the right to do. Clearly, the trustee had the right to petition the court to get an order approving the sale. And that's what was done. And so I think that — So you argued it as a res judicata argument. Among other things. I mean, that's how I see that you got to that point. As you said, this belonged to the trustee and he settled it. I mean, the fact that he settled it and that was the end of it assumes it belonged to the estate. It wasn't an issue at the time of the opposition to the sale back in 1998. That is to say the Keenans didn't — Well, because then the liquidating trustee was asserting the rights of the estate and the Keenans were in there on their own objecting and that's an appropriate way to do this. But now what we have is the Keenans purporting to be asserting interest in something that either at the time belonged to the bankruptcy estate and now seems to belong to the liquidated trustee under the plan. So what is it that the Keenans have the authority to assert is really what we're asking. Well, I don't think they have the authority to assert anything. But my analysis is perhaps different than the way the court is approaching it. My analysis is based on the fact that it was fully briefed and argued at the hearing approving the sale. And that everything after that, including this litigation, he had waived the right to come back in and file those claims. He never filed an appeal. The frauds that are being asserted now occurred either pre-petition or during the administration of the estate. Is that right? The latter, Your Honor. There was some stuff in 93, as I recall. Well, let me break it out and counsel here can talk to Mr. Watkins. As to the fraud allegations as against Mr. Watkins, some of those are pre-petition. I see. The allegations of alleged fraud against Mr. Gomez and Dr. Curtin, whom I represent. Are basically around the time of the sale. No question. You look at the plea and it's all misrepresentations to the court. Of their interest, of what interest they each held in this. Of their interest, of what interest they each held in this. The valuation of each of the other partners' interests. That's correct, Your Honor. That's what this all concerns. But that's all done. That's right, Your Honor. All right.  Thank you, Your Honor. This is Kenan Watkins, Peer Development is submitted. And we'll take up Kenan B. Pyle. Hi. Good morning again, Your Honor. Please support Sam and I for James Kenan, who is.
judges: Wardlaw,berzon, Fitzgerald